```
1  JULIE M. MCCOY, Bar No. 129640
   LAW OFFICES OF JULIE M. MCCOY
2  JACQUELYNE M. NGUYEN, Bar No. 249658
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 11-01682 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Laura A. Favela, aka | |
| Laura A. Diaz, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Laura A. Favela, aka Laura A. Diaz, in the principal amount of $1,789.43 plus interest accrued to February 22, 2011, in the sum of $2,339.24; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$4,128.67**.

DATED: 4/11/2011            By:   TERRY NAFISI
                                  Clerk of the Court

                                  _____
                                  Deputy Clerk
                                  United States District Court